FILED

JAN 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>Adriana Maria ALVAREZ,<br><br><br>                    Defendant. | Magistrate Case No.:    '08 MJ 8028<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 17, 2008, within the Southern District of California, defendant Adriana Maria ALVAREZ did knowingly and intentionally import approximately 60.34 kilograms (132.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Renato Gates
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Adriana Maria ALVAREZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates.

On January 17, 2008, at approximately 1450 hours, Adriana Maria ALVAREZ entered the United States at the Calexico, CA, West Port of Entry. ALVAREZ was the driver of a 1995 Honda Odyssey and accompanied by her minor daughter.

At primary inspection, ALVAREZ gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) M. Moreno. During questioning, ALVAREZ advised CBPO M. Moreno she bought the car 5 months prior and was on her way to Wal-Mart in Calexico. CBPO M. Moreno noticed that ALVAREZ was overly friendly and seemed unconcerned with the inspection process. While inspecting the vehicle CBPO M. Moreno heard something rattle within the driver's door when he shook it. CBPO M. Moreno noticed the air vents on the dashboard were blocked by carpet. Based on the above CBPO M. Moreno escorted ALVAREZ and the vehicle to secondary for a more intensive inspection.

In the vehicle secondary lot, Canine Enforcement Officer (CEO) C. Randolph utilized his Human and Narcotic Detector Dog (HNDD), which alerted and responded to the dashboard by sitting. A subsequent inspection of the vehicle revealed fifty-seven (57) packages, which were discovered concealed within the dashboard, rear quarter panels and all four (4) doors. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 57 packages had a combined net weight of approximately 60.34 kilograms (132.74 pounds) of marijuana.

ALVAREZ was arrested for importation of marijuana into the United States. ALVAREZ was advised of her rights, per Miranda. ALVAREZ stated she understood her rights and was willing to answer questions without the presence of an attorney.

ALVAREZ admitted knowledge of illegal narcotics concealed in the vehicle and was to be paid for the smuggling venture. ALVAREZ also admitted to receiving an up front smuggling fee of $100.00 for gas, which was in her possession, was seized as a possible counterfeit bill.