FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR398-JM |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ADRIANA MARIA ALVAREZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 17, 2008, within the Southern District of California, defendant ADRIANA MARIA ALVAREZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 60.34 kilograms (132.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>February 14, 2008</u>.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
2/13/08