**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone:  (619) 234-8467
Facsimile:  (619) 687-2666
Email: erick_guzman@fd.org

Attorneys for Ms. Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,                         )<br>                                                              )<br>          v.                                                 )<br>                                                              )<br> ADRIANA ALVAREZ                         )<br>                                                              )<br>                    Defendant.                     )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br> _____ )  | CASE NO.  08CR0398-JM<br><br>DATE:         April 11, 2008<br>TIME:         11:00 A.M.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1)  TO COMPEL DISCOVERY/ PRESERVE EVIDENCE;<br>(2)  TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE;<br>(3)  TO SUPPRESS MS. ALVAREZ'S STATEMENTS; AND<br>(4)  TO GRANT LEAVE TO FILE FURTHER MOTIONS.<br>_____ |

**TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on April 11, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, the defendant, Adriana Alvarez, by and through  her counsel, Erick L. Guzman and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

# MOTIONS

The defendant, Adriana Alvarez, by and through her attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/preserve evidence;
2) to preserve and re-weigh narcotic evidence;
3) to suppress Mr. Ceniseros' statements; and,
4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 1, 2008

/s/ *Erick Guzman*
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Alvarez

08CR0398-JM