ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Ms. Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0398-JM |
| Plaintiff, ) | |
| ) | DECLARATION OF ADRIANA ALVAREZ |
| v. ) | |
| ADRIANA ALVAREZ, ) | |
| Defendant. ) | |

I, ADRIANA ALVAREZ, state as follows, under penalty of perjury:

1. On January 17, 2008, I was arrested.

2. I was interrogated by agents.

3. I did not understand that I could have a free attorney right away.

4. I did not understand that I could have ended the questioning at any time during the interrogation.

5. I denied knowledge of the drugs allegedly discovered in the vehicle.

6. The agents persisted in their questioning of me.

7. The agents told me that it would be worse for me if I did not admit knowledge of the drugs.

8. I did not feel like I could stop the interrogation at this point.

9. I felt like I had to tell them what they wanted to hear.

10. I felt very pressured by the agents.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this __15th__ day of April, 2008.

_____
ADRIANA ALVAREZ
Declarant