1   **ERICK L. GUZMAN**
    California State Bar No. 244391
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California 92101-5030
    Telephone: (619) 234-8467
4   Facsimile: (619) 687-2666
    Email: erick_guzman@fd.org
5

6   Attorneys for Ms. Alvarez

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                  **(HONORABLE JEFFREY T. MILLER)**
11

12  UNITED STATES OF AMERICA,        )    CASE NO. 08CR0398-JM
                                     )
13              Plaintiff,           )
                                     )
14  v.                               )    ORDER TO PRESERVE AND RE-WEIGH
                                     )    NARCOTICS EVIDENCE
15  ADRIANA ALVAREZ,                 )
                                     )
16              Defendant.           )
                                     )
17  _____ )

18
            **IT IS HEREBY ORDERED** that the United States Government and its agents make available to
19
    the defense attorney and his agents, for examination and weighing, the drugs seized in the above-referenced
20
    case. The Government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the
21
    drugs prior to their weighing, without emergency application to this Court, notice to Ms. Alvarez, and an
22
    opportunity to respond.
23
            **SO ORDERED.**
24

25

26  Dated: _____        _____
                                    HONORABLE JEFFREY T. MILLER
27                                  United States District Court Judge

28