**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Email: erick_guzman@fd.org

Attorneys for Ms. Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0398-JM |
| Plaintiff, | ) | |
| v. | ) | |
| ADRIANA ALVAREZ, | ) | ORDER |
| Defendant. | ) | |
| | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The Government preserve the following evidence during the pendency of this case: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle and any personal effects taken from Ms. Alvarez. Further, that all Government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

**SO ORDERED.**

Dated: _____     _____
                           HONORABLE JEFFREY T. MILLER
                           United States District Court Judge