**ERICK L. GUZMAN**
California Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erick_guzman@fd.org

Attorneys for Ms. Adriana Maria Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr0398-JM |
| | ) Date: April 11, 2008 |
| | ) Time: 11:00 a.m. |
| Plaintiff, | ) |
| | ) MOTION FOR ORDER SHORTENING TIME |
| v. | ) |
| | ) |
| ADRIANA MARIA ALVAREZ, | ) |
| | ) |
| Defendant. | ) |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY

Defendant Adriana Maria Alvarez, by and through counsel, Erick L. Guzman and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Defendant's Motions. The reason for this application is that defense counsel was in trial the week of March 24, 2008, in *United States v. Beltran-Avila*, 07cr2392-W. Furthermore, defense counsel was awaiting discovery in this matter to file motions.

//
//
//
//
//

1     A courtesy copy has been provided to Assistant United States Attorney Carla Bressler.

2     Respectfully submitted,

3

4     */s/ Erick L. Guzman*
Dated: April 2, 2008    **ERICK L. GUZMAN**

5     Federal Defenders of San Diego, Inc.
    Attorneys for Ms. Alvarez

6     erick_guzman@fd.org

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28