UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08cr0398-JM |
| v. | ) ) ) | CERTIFICATE OF SERVICE |
| ADRIANA MARIA ALVAREZ, | ) ) | |
| Defendant. | ) ) ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion for Order Shortening Time has been electronically served this day upon:

      Carla Bressler
      U.S. Attorney's Office
      880 Front Street
      San Diego, CA  92101

Dated:  April 2, 2008

    /s/  Erick  L.  Guzman
ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
erick_guzman@fd.org