UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADRIANA MARIA ALVAREZ, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08cr0398-JM <br><br> ORDER DENYING MOTION FOR ORDER SHORTENING TIME AS MOOT [Docket 15] |

The last day for Defendant to timely file his Motions in this case for the Motion Hearing scheduled before Judge Miller on April 11, 2008 at 11:00 a.m was March 28, 2008. Defendant filed motions on April 2, 2008 were accepted (albeit marked LATE). Therefore, Defendant's Motion for an Order Shortening time is moot.

**SO ORDERED**.

DATED: April 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge