UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 08cr0398-JM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ADRIANA MARIA ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of *Amended* Motions and *Amended* Motions has been electronically served this day upon:

      Carla Bressler
      U.S. Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated: April 3, 2008                                /s/ Erick L. Guzman
                                                          ERICK L. GUZMAN
                                                          Federal Defenders
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
                                                          erick_guzman@fd.org