UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
08 APR 18 PM 3:42

| UNITED STATES OF AMERICA, | CASE NO. 08CR0398-JM |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ADRIANA MARIA ALVAREZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/11/2008

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____