FILED
08 APR 24 AM 8:46

FILED
08 APR 18 PM 3:42

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ADRIANA MARIA ALVAREZ,

                Defendant.

CASE NO. 08CR0398-JM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/11/2008

                                      JEFFREY T. MILLER
                                      UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ENTERED ON _____
Judgement and Commitment on 4/23/08
United States Marshal
By: _____
USMS Criminal Section